```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                              CRIMINAL ACTION NO. 2:16-00050

**FELICIA INEZ VARELA**

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On December 28, 2016, the United States of America appeared by W. Clinton Carte, Assistant United States Attorney, and the defendant, Felicia Inez Varela, appeared in person and by her counsel, Ann Mason Rigby, Assistant Federal Public Defender, for a hearing on the petition on supervised release and amendment thereto submitted by United States Probation Officer Lilla M. Adkins.  The defendant commenced a 46-month term of supervised release in this action on July 27, 2016, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on July 15, 2016.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects: (1) the defendant failed to provide a urine specimen as directed on November 7, 2016; (2) the defendant failed to abide by the special condition that she participate in the six-month residential program at either Rae of Hope or the Mattie V. Lee Home immediately following her completion of the Mother Program inasmuch as she completed the Mother Program on October 27, 2016, and failed to report to the Rae of Hope Program on October 31, 2016, as directed; and (3) the defendant used and possessed controlled substances as evidenced by a positive urine specimen submitted by her on December 2, 2016, for methamphetamine and benzodiazepines, the defendant having signed a voluntary admission form confirming her use of methamphetamine and Klonopin for which she did not have a prescription; all as admitted by the defendant and as set forth in the petition on supervised release and amendment thereto.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate

2

the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and she hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of FOUR (4) MONTHS, to be followed by a term of forty-two (42) months of supervised release upon the standard conditions of supervised release now in effect in this district as promulgated by the Administrative Office of the United States Courts (National Form AO 245B), the standard conditions as set forth in Local Rule 32.3 and the special condition that she spend a period of six (6) months in a community confinement center, preferably in Lebanon, Virginia, follow the rules and regulations of the facility, and participate in drug abuse counseling and treatment as directed by the probation officer. The defendant shall arrange to be transported directly to the

community confinement center from her place of incarceration, now expected to be by her mother.

The defendant was remanded to the custody of the United States Marshal.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: December 29, 2016

John T. Copenhaver, Jr.
United States District Judge

4